**Fred W. GAUL, a Single Man, v. B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Ass'n.**

**No. 8670.**

Circuit Court of Appeals, Sixth Circuit.

June 5, 1940.

Joseph A. Cassese, of Detroit, Mich., for appellant.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

On reading and filing of the stipulation of the appellant and the appellee herein, by their respective counsel, it is hereby ordered, that the appeal taken herein by Fred W. Gaul from the decree of the United States District Court for the Eastern District of Michigan, Southern Division, case No. 8083, in equity in said Court, may be and the same is hereby dismissed with prejudice to said appellant, but without costs to either party.

**The R. C. MAHON COMPANY, a Michigan Corporation, Appellant, v. Bernard O. HALLIS, Trustee of Edward Misch Co., a Michigan Corporation, Bankrupt, Appellee.**

**No. 8309.**

Circuit Court of Appeals, Sixth Circuit.

June 7, 1940.

Wilkinson, Lowther & O'Connell, of Detroit, Mich., for appellant.

Fildew & DeGree, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and in consideration whereof it is ordered and adjudged that the order appealed from be and the same is in all things affirmed upon the ground and for the reasons stated in the opinion of the District Judge filed February 21, 1939. In re Edward Mesch Co.'s Estate, 34 F.Supp. 781.

**SCHICK DRY SHAVER, Inc., and Schick Industries, Limited, Plaintiffs-Appellees, v. R. H. MACY & CO., Inc., Defendant-Appellant.**

**No. 244.**

Circuit Court of Appeals, Second Circuit.

June 26, 1940.

For former opinion, see 111 F.2d 1018.

Abraham Tulin, Reginald Hicks and Samuel Yudell, all of New York City, for plaintiffs-appellees.

Pennie, Davis, Marvin & Edmonds, George E. Middleton, and H. Stanley Mansfield, all of New York City, for defendant-appellant.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

The defendant appears to agree that in figure 11 of Fourniols the plate, as disclosed, was not of even thinness; and the disclosure was, indeed, at best very vague. This does not, however, change the result in the least. A shear-plate with angular slots will not make "area" shaving possible though uniform thinness be substituted for the taper. There is no patentable advance unless the slots are also parallel. Hence it would not have been an invention to make Fourniols' shear-plate of even thinness on both sides of the line 16 in figure 10.

The petitions are denied.